United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Todd Allen Willman  
Wendy Sue Willman  
    Debtors

Case No. 17-16590-ref  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4      User: Violet      Page 1 of 1      Date Rcvd: Jul 03, 2018  
                         Form ID: pdf900      Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 05, 2018.  
db/jdb      Todd Allen Willman,    Wendy Sue Willman,    2945 Westminster Rd,    Bethlehem, PA   18017-3300

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr         +E-mail/Text: mrdiscen@discover.com Jul 04 2018 02:07:49      Discover Bank,  
               Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025  
cr         +E-mail/PDF: gecsedi@recoverycorp.com Jul 04 2018 02:15:12      Synchrony Bank,  
               c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021  
                                                                                  TOTAL: 2

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 05, 2018                                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 3, 2018 at the address(es) listed below:  
         FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com  
         KEVIN G. MCDONALD    on behalf of Creditor    Pennsylvania Housing Finance Agency    bkgroup@kmllawgroup.com  
         LYNN E. FELDMAN    on behalf of Joint Debtor Wendy Sue Willman feldmanfiling@rcn.com  
         LYNN E. FELDMAN    on behalf of Debtor Todd Allen Willman feldmanfiling@rcn.com  
         ROLANDO RAMOS-CARDONA    on behalf of Trustee FREDERICK L. REIGLE    RRamos-Cardona@fredreiglech13.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                     TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  TODD ALLEN WILLMAN | : | Bankruptcy No. 17-16590-REF |
| WENDY SUE WILLMAN | : | |
| | : | Chapter 13 |
| Debtor | : | |

### ORDER ALLOWING ATTORNEY'S FEES AND EXPENSES

Upon the First Application for Compensation of Reimbursement of Expenses of attorney for the debtors and supporting exhibits, the Court finds that the attorney's charges for professional services rendered and expenses incurred are reasonable; and it is therefore ORDERED:

1. That Lynn E. Feldman be allowed:

    $  3,000.00         for attorney's fees
    $      0.00         for expenses
    $  3,000.00         TOTAL for fees AND expenses
    LESS  $  1,190.00   credit for funds already received; equals
    $  1,810.00         BALANCE DUE

**Date: July 3, 2018**

ENTERED: _____    _____
                                                                       J.

I ASK FOR THIS:

*/s/ Lynn E. Feldman, Esquire*
LYNN E. FELDMAN, ESQUIRE
FELDMAN LAW OFFICES, P.C.
221 N. Cedar Crest Blvd.
Allentown, PA 18104
(610) 530-9285
Attorney for Debtor