IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| *IN RE:* | : | CHAPTER 13 |
| | : | |
| TODD ALLEN WILLMAN and | : | CASE NO. 17-16590-ref |
| WENDY SUE WILLMAN | : | |
|        Debtors | : | |

**ORDER**

Upon consideration of the Stipulation between Debtors and M&T Bank relating to the Motion for Relief regarding the 2013 Ford Escape (docket entry #34), it is hereby

ORDERED that said Stipulation is approved and entered as an Order of this Court.

BY THE COURT:

**Date: March 15, 2019**

_____
Richard E. Fehling, B.J.

Distribution list:

Todd Allen Willman
Wendy Sue Willman
2945 Westminster Road
Bethlehem, PA 18017-3300
Debtors

Lynn E. Feldman
Feldman Law Offices
221 N. Cedar Crest Boulevard
Allentown, PA 18104
Attorney for Debtors

Scott Waterman
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606-4010
Trustee

Douglas J. Smillie
Fitzpatrick Lentz & Bubba, P.C.
P. O. Box 219
Center Valley, PA  18034-0219