IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| *IN RE:* | : | CHAPTER 13 |
| | : | |
| TODD ALLEN WILLMAN and | : | CASE NO. 17-16590-ref |
| WENDY SUE WILLMAN | : | |
|        Debtors | : | |

**ORDER**

Upon consideration of the Stipulation between Debtors and Manufacturers &Traders Trust Company relating to the Motion for Relief regarding the 2014 Ford F-150 (docket entry #36), it is hereby

ORDERED that said Stipulation is approved and entered as an Order of this Court.

BY THE COURT:

**Date: March 15, 2019**

_____
Richard E. Fehling, B.J.

Distribution list:

Todd Allen Willman
Wendy Sue Willman
2945 Westminster Road
Bethlehem, PA 18017-3300
Debtors

Scott Waterman
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606-4010
Trustee

Lynn E. Feldman
Feldman Law Offices
221 N. Cedar Crest Boulevard
Allentown, PA 18104
Attorney for Debtors

Douglas J. Smillie
Fitzpatrick Lentz & Bubba, P.C.
P. O. Box 219
Center Valley, PA 18034-0219