**UNITED STATES BANKRUPTCY COURT FOR THE**
EASTERN DIVISION OF PENNSYLVANIA
READING DIVISION

| | | |
|---|---|---|
| IN RE:   TODD ALLEN WILLMAN | : | Bankruptcy No. 17-16590-REF |
| WENDY SUE WILLMAN | : | |
| | : | Chapter 13 |
| Debtors | : | |

ORDER

AND NOW, upon consideration of Debtor's Motion To Modify Plan After Confirmation, the Plan is modified to include the post confirmation vehicle arrears as stated in the First Post Confirmation Plan.

**Date: April 11, 2019**

*BY THE COURT:*

_____
, *UCBJ*