United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Todd Allen Willman  
Wendy Sue Willman  
    Debtors

Case No. 17-16590-ref  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: SaraR     Page 1 of 1     Date Rcvd: Apr 11, 2019  
                       Form ID: pdf900     Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 13, 2019.
```
db/jdb         Todd Allen Willman,    Wendy Sue Willman,    2945 Westminster Rd,    Bethlehem, PA  18017-3300
cr            +Capital One Bank (USA) N.A Cabelas Club Visa by Am,    4515 N Santa Fe Ave,
               Oklahoma City, OK 73118-7901
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/Text: mrdiscen@discover.com Apr 12 2019 02:26:47      Discover Bank,
                Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
cr              E-mail/Text: camanagement@mtb.com Apr 12 2019 02:26:51      M&T Bank,    1100 Wehrle Drive,
                Williamsville, NY  14221
cr             +E-mail/PDF: gecsedi@recoverycorp.com Apr 12 2019 02:25:58      Synchrony Bank,
                c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 3
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          ++M&T BANK,    LEGAL DOCUMENT PROCESSING,    626 COMMERCE DRIVE,    AMHERST NY 14228-2307
               (address filed with court:   Manufacturers & Traders Trust Company,    80 Holtz Drive, First Floor,
                Cheektowaga, NY  14225)
                                                                                              TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2019                                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 11, 2019 at the address(es) listed below:
```
              DOUGLAS J. SMILLIE    on behalf of Creditor    Manufacturers & Traders Trust Company
               dsmillie@flblaw.com,    ccharlton@flblaw.com
              DOUGLAS J. SMILLIE    on behalf of Creditor    M&T Bank dsmillie@flblaw.com,    ccharlton@flblaw.com
              KEVIN G. MCDONALD    on behalf of Creditor    Pennsylvania Housing Finance Agency
               bkgroup@kmllawgroup.com
              LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
              LYNN E. FELDMAN    on behalf of Joint Debtor Wendy Sue Willman feldmanfiling@rcn.com
              LYNN E. FELDMAN    on behalf of Debtor Todd Allen Willman feldmanfiling@rcn.com
              ROLANDO  RAMOS-CARDONA    on behalf of Trustee FREDERICK L. REIGLE
               RRamos-Cardona@fredreiglech13.com
              SCOTT WATERMAN    ECFmail@fredreiglech13.com,    ECF_FRPA@Trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 9
```

**UNITED STATES BANKRUPTCY COURT FOR THE**
EASTERN DIVISION OF PENNSYLVANIA
READING DIVISION

| | | |
|---|---|---|
| IN RE:  TODD ALLEN WILLMAN | : | Bankruptcy No. 17-16590-REF |
| WENDY SUE WILLMAN | : | |
| | : | Chapter 13 |
| Debtors | : | |

ORDER

AND NOW, upon consideration of Debtor's Motion To Modify Plan After Confirmation, the Plan is modified to include the post confirmation vehicle arrears as stated in the First Post Confirmation Plan.

**Date: April 11, 2019**

*BY THE COURT:*

_____, *UCBJ*