IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Todd Allen Willman<br>　　　Wendy Sue Willman<br>　　　　　　Debtor(s) | CHAPTER 13 |
| PENNSYLVANIA HOUSING FINANCE AGENCY<br>　　　　　　Movant<br>　　vs.<br><br>Todd Allen Willman<br>Wendy Sue Willman<br>　　　　　　Debtor(s)<br><br>Scott Waterman Esq.<br>　　　　　　Trustee | NO. 17-16590 REF<br><br>11 U.S.C. Sections 362 and 1301 |

## ORDER

AND NOW, upon consideration of Movant's Motion to Approve Loan Modification, it is ORDERED AND DECREED that:

The Motion is granted and the *Motion To Approve* Loan Modification Agreement *filed* on _March 27, 2019_, does not violate the automatic stay, section 362(a), nor the provisions of 11 USC § 549.

4/30/19                    _____
　　　　　　　　　　　　　　　　　United States Bankruptcy Judge.

cc: See attached service list