United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 17-16590-pmm
Todd Allen Willman                                              Chapter 13
Wendy Sue Willman
       Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-4          User: JEGilmore           Page 1 of 1             Date Rcvd: Mar 16, 2020
                              Form ID: pdf900           Total Noticed: 12
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 18, 2020.
```
db/jdb         Todd Allen Willman,    Wendy Sue Willman,    2945 Westminster Rd,    Bethlehem, PA  18017-3300
smg           +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
               Allentown, PA 18101-1603
smg            City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg           +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg           +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg           +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 17 2020 03:58:04
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 17 2020 03:58:17      U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr            +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 17 2020 04:12:10
                Capital One Bank (USA) N.A Cabelas Club Visa by Am,    4515 N Santa Fe Ave,
                Oklahoma City, OK 73118-7901
cr            +E-mail/Text: mrdiscen@discover.com Mar 17 2020 03:57:54       Discover Bank,
                Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
cr             E-mail/Text: camanagement@mtb.com Mar 17 2020 03:57:59       M&T Bank,    1100 Wehrle Drive,
                Williamsville, NY  14221
cr            +E-mail/PDF: gecsedi@recoverycorp.com Mar 17 2020 04:01:03       Synchrony Bank,
                c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                               TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          ++M&T BANK,   LEGAL DOCUMENT PROCESSING,    626 COMMERCE DRIVE,    AMHERST NY 14228-2307
               (address filed with court:   Manufacturers & Traders Trust Company,    80 Holtz Drive, First Floor,
                Cheektowaga, NY  14225)
                                                                                               TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 16, 2020 at the address(es) listed below:
```
              DOUGLAS J. SMILLIE    on behalf of Creditor    Manufacturers & Traders Trust Company
               dsmillie@flblaw.com, ccharlton@flblaw.com
              DOUGLAS J. SMILLIE    on behalf of Creditor    M&T Bank dsmillie@flblaw.com, ccharlton@flblaw.com
              KEVIN G. MCDONALD    on behalf of Creditor    Pennsylvania Housing Finance Agency
               bkgroup@kmllawgroup.com
              LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
              LYNN E. FELDMAN    on behalf of Debtor Todd Allen Willman feldmanfiling@rcn.com
              LYNN E. FELDMAN    on behalf of Joint Debtor Wendy Sue Willman feldmanfiling@rcn.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Pennsylvania Housing Finance Agency
               bkgroup@kmllawgroup.com
              ROLANDO  RAMOS-CARDONA    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                               TOTAL: 10
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | TODD ALLEN WILLMAN | : | Chapter 13 |
| | WENDY SUE WILLMAN, | : | |
| | | : | |
| | Debtor | : | Bky. No. 17-16590 PMM |

# O R D E R

**AND NOW,** upon consideration of the Debtor's Motion to Modify Confirmed Plan ("the Motion"), and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor's Amended Chapter 13 Plan (Doc. # 65) is **APPROVED**.

Date: March 16, 2020

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**
**For U.S. BANKRUPTCY JUDGE PATRICIA M. MAYER**