United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 17-16590-pmm
Todd Allen Willman                                              Chapter 13
Wendy Sue Willman
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-4          User: JEGilmore          Page 1 of 1          Date Rcvd: Aug 05, 2020
                              Form ID: pdf900          Total Noticed: 12
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 07, 2020.
```
db/jdb         Todd Allen Willman,    Wendy Sue Willman,    2945 Westminster Rd,    Bethlehem, PA  18017-3300
smg           +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
               Allentown, PA 18101-1603
smg            City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg           +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg           +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg           +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 06 2020 04:47:05
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 06 2020 04:47:18      U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr            +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 06 2020 05:02:37
               Capital One Bank (USA) N.A Cabelas Club Visa by Am,    4515 N Santa Fe Ave,
               Oklahoma City, OK 73118-7901
cr            +E-mail/Text: mrdiscen@discover.com Aug 06 2020 04:46:51      Discover Bank,
               Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
cr             E-mail/Text: camanagement@mtb.com Aug 06 2020 04:46:55      M&T Bank,    1100 Wehrle Drive,
               Williamsville, NY  14221
cr            +E-mail/PDF: gecsedi@recoverycorp.com Aug 06 2020 05:01:50      Synchrony Bank,
               c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 6

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          ++M&T BANK,    LEGAL DOCUMENT PROCESSING,    626 COMMERCE DRIVE,    AMHERST NY 14228-2307
              (address filed with court:   Manufacturers & Traders Trust Company,    80 Holtz Drive, First Floor,
               Cheektowaga, NY  14225)
                                                                                         TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2020                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 5, 2020 at the address(es) listed below:
```
              DOUGLAS J. SMILLIE    on behalf of Creditor    Manufacturers & Traders Trust Company
               dsmillie@flblaw.com, ccharlton@flblaw.com
              DOUGLAS J. SMILLIE    on behalf of Creditor    M&T Bank dsmillie@flblaw.com, ccharlton@flblaw.com
              KEVIN G. MCDONALD    on behalf of Creditor    Pennsylvania Housing Finance Agency
               bkgroup@kmllawgroup.com
              LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
              LYNN E. FELDMAN    on behalf of Debtor Todd Allen Willman feldmanfiling@rcn.com
              LYNN E. FELDMAN    on behalf of Joint Debtor Wendy Sue Willman feldmanfiling@rcn.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Pennsylvania Housing Finance Agency
               bkgroup@kmllawgroup.com
              ROLANDO  RAMOS-CARDONA    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 10
```

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

IN RE: TODD ALLEN WILLMAN : Bankruptcy No. 17-16590-PMM
WENDY SUE WILLMAN :
: Chapter 13
Debtors :

# **O R D E R**

**AND NOW**, upon consideration of the First Post Confirmation Application for Compensation ("the Application") filed by the Debtors' counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of **$1300.00**.

3. The Chapter 13 Trustee is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), the allowed compensation set forth in ¶2, to the extent such distribution is authorized under the terms of the confirmed chapter 13 plan.

**Date: August 5, 2020**

_____
**Patricia M. Mayer**
**U.S. BANKRUPTCY JUDGE**