| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
### Chapter 13 Case No. 17-16590-PMM

TODD ALLEN  WILLMAN  
WENDY SUE  WILLMAN  
2945 WESTMINSTER RD  
BETHLEHEM  PA     18017-3300

Petition Filed Date: 09/27/2017  
341 Hearing Date: 11/28/2017  
Confirmation Date: 06/05/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/06/2020 | $300.00 | | 03/04/2020 | $725.00 | | 04/24/2020 | $750.00 | |
| 05/26/2020 | $745.00 | | 06/29/2020 | $745.00 | | 08/03/2020 | $742.01 | |
| 09/14/2020 | $741.00 | | 10/09/2020 | $741.01 | | 11/30/2020 | $742.01 | |
| 01/08/2021 | $742.01 | | 02/12/2021 | $741.01 | | 03/15/2021 | $742.01 | |
| 04/05/2021 | $741.01 | | 05/21/2021 | $741.01 | | 06/09/2021 | $741.01 | |

**Total Receipts for the Period:  $10,679.09    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $16,279.09**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 9 | AMERICAN EXP CENTURION BANK<br>»» 009 | Unsecured Creditors | $544.10 | $0.00 | $544.10 |
| 12 | AMERICAN HERITAGE CREDIT UNION<br>»» 012 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 15 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>»» 015 | Unsecured Creditors | $96.66 | $0.00 | $96.66 |
| 4 | BRANCH BANKING & TRUST CO<br>»» 004 | Unsecured Creditors | $2,714.68 | $0.00 | $2,714.68 |
| 5 | BRANCH BANKING & TRUST CO<br>»» 005 | Unsecured Creditors | $3,810.24 | $0.00 | $3,810.24 |
| 18 | CAPITAL ONE BANK (USA) NA CABELAS CLUB VISA<br>»» 018 | Unsecured Creditors | $4,467.60 | $0.00 | $4,467.60 |
| 11 | BECKET & LEE, LLP<br>»» 011 | Unsecured Creditors | $718.47 | $0.00 | $718.47 |
| 6 | DISCOVER BANK<br>»» 006 | Unsecured Creditors | $6,578.17 | $0.00 | $6,578.17 |
| 2 | DISCOVER BANK<br>»» 002 | Unsecured Creditors | $2,070.20 | $0.00 | $2,070.20 |
| 1 | FORD MOTOR CREDIT COMPANY<br>»» 001 | Unsecured Creditors | $4,772.58 | $0.00 | $4,772.58 |
| 40 | UNITED STATES TREASURY (IRS)<br>»» 040 | Priority Crediors | $2,814.00 | $2,814.00 | $0.00 |
| 17 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 017 | Unsecured Creditors | $19,045.58 | $0.00 | $19,045.58 |
| 37 | LVNV FUNDING LLC<br>»» 037 | Unsecured Creditors | $11,499.83 | $0.00 | $11,499.83 |
| 7 | M&T BANK<br>»» 07S | Secured Creditors | $105.82 | $105.82 | $0.00 |

**Chapter 13 Case No. 17-16590-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 7 | M&T BANK<br>»» 07U | Unsecured Creditors | $1.00 | $0.00 | $1.00 |
| 8 | M&T BANK<br>»» 08S | Secured Creditors | $7,969.30 | $3,309.91 | $4,659.39 |
| 8 | M&T BANK<br>»» 08U | Unsecured Creditors | $1.00 | $0.00 | $1.00 |
| 22 | MOMA FUNDING LLC<br>»» 022 | Unsecured Creditors | $1,175.14 | $0.00 | $1,175.14 |
| 23 | MOMA FUNDING LLC<br>»» 023 | Unsecured Creditors | $775.72 | $0.00 | $775.72 |
| 24 | MOMA FUNDING LLC<br>»» 024 | Unsecured Creditors | $4,175.39 | $0.00 | $4,175.39 |
| 25 | MOMA FUNDING LLC<br>»» 025 | Unsecured Creditors | $1,899.14 | $0.00 | $1,899.14 |
| 26 | MOMA FUNDING LLC<br>»» 026 | Unsecured Creditors | $735.74 | $0.00 | $735.74 |
| 27 | MOMA FUNDING LLC<br>»» 027 | Unsecured Creditors | $384.44 | $0.00 | $384.44 |
| 28 | MOMA FUNDING LLC<br>»» 028 | Unsecured Creditors | $1,270.10 | $0.00 | $1,270.10 |
| 29 | MOMA FUNDING LLC<br>»» 029 | Unsecured Creditors | $1,054.70 | $0.00 | $1,054.70 |
| 30 | MOMA FUNDING LLC<br>»» 030 | Unsecured Creditors | $1,304.90 | $0.00 | $1,304.90 |
| 31 | MOMA FUNDING LLC<br>»» 031 | Unsecured Creditors | $941.79 | $0.00 | $941.79 |
| 32 | MOMA FUNDING LLC<br>»» 032 | Unsecured Creditors | $2,343.31 | $0.00 | $2,343.31 |
| 33 | MOMA FUNDING LLC<br>»» 033 | Unsecured Creditors | $1,349.81 | $0.00 | $1,349.81 |
| 34 | MOMA FUNDING LLC<br>»» 034 | Unsecured Creditors | $659.15 | $0.00 | $659.15 |
| 35 | MOMA FUNDING LLC<br>»» 035 | Unsecured Creditors | $1,374.86 | $0.00 | $1,374.86 |
| 36 | MOMA FUNDING LLC<br>»» 036 | Unsecured Creditors | $224.38 | $0.00 | $224.38 |
| 38 | PHFA<br>»» 038 | Mortgage Arrears | $90.15 | $90.15 | $0.00 |
| 19 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 019 | Unsecured Creditors | $5,182.97 | $0.00 | $5,182.97 |
| 20 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 020 | Unsecured Creditors | $889.57 | $0.00 | $889.57 |
| 21 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 021 | Unsecured Creditors | $909.20 | $0.00 | $909.20 |
| 16 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 016 | Unsecured Creditors | $2,287.68 | $0.00 | $2,287.68 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 013 | Unsecured Creditors | $2,278.63 | $0.00 | $2,278.63 |
| 14 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 014 | Unsecured Creditors | $1,947.02 | $0.00 | $1,947.02 |
| 39 | TD BANK USA NA<br>»» 039 | Unsecured Creditors | $2,046.24 | $0.00 | $2,046.24 |
| 10 | TD RETAIL CREDIT SERVICES<br>»» 010 | Unsecured Creditors | $147.23 | $0.00 | $147.23 |
| 41 | LYNN E FELDMAN ESQ<br>»» 041 | Attorney Fees | $1,810.00 | $1,810.00 | $0.00 |
| 0 | LYNN E FELDMAN ESQ | Attorney Fees | $1,300.00 | $1,300.00 | $0.00 |
| 41 | PHFA<br>»» 38P | Mortgage Arrears | $11,867.16 | $4,824.90 | $7,042.26 |

**Chapter 13 Case No. 17-16590-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $16,279.09 | Current Monthly Payment: | $741.00 |
| Paid to Claims: | $14,254.78 | Arrearages: | $735.91 |
| Paid to Trustee: | $1,357.40 | Total Plan Base: | $28,871.00 |
| Funds on Hand: | $666.91 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.