United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Todd Allen Willman  
Wendy Sue Willman  
    Debtors

Case No. 17-16590-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 4  
Date Rcvd: Nov 18, 2022      Form ID: 138OBJ      Total Noticed: 57

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Todd Allen Willman, Wendy Sue Willman, 2945 Westminster Rd, Bethlehem, PA 18017-3300 |
| 13990004 | | BB&T, PO Box 580057, Charlotte, NC 28258-0057 |
| 13990007 | | Brandon Dollak, 2945 Westminster Rd, Bethlehem, PA 18017-3300 |
| 13990014 | | First National Bank Of Marin, PO Box 80015, Hauppauge, NY 11788 |
| 13990020 | | LV Health Network, 1200 S Cedar Crest Blvd, Allentown, PA 18103-6202 |
| 13990021 | + | M&T Ban, 1 Fountain Plz, Buffalo, NY 14203-1495 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Nov 19 2022 00:15:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Nov 19 2022 00:16:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13989999 | | Email/PDF: bncnotices@becket-lee.com | Nov 19 2022 00:22:22 | American Expres, 4315 S 2700 W, Salt Lake City, UT 84184-0001 |
| 14017851 | | Email/PDF: bncnotices@becket-lee.com | Nov 19 2022 00:22:22 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 13990000 | | Email/Text: broman@amhfcu.org | Nov 19 2022 00:15:00 | American Heritage FCU, Brian Romaniello, 2060 Red Lion Rd, Philadelphia, PA 19115-1603 |
| 13990001 | | Email/Text: bk@avant.com | Nov 19 2022 00:16:00 | Avant, 222 N La Salle St Ste 1700, Chicago, IL 60601-1101 |
| 13990003 | | Email/Text: bankruptcy@bbandt.com | Nov 19 2022 00:15:00 | BB&T, PO Box 1847, 100-50-01-51, Wilson, NC 27894-1847 |
| 13990002 | | Email/Text: BarclaysBankDelaware@tsico.com | Nov 19 2022 00:15:00 | Barclays Bank Delaware, 125 S West St, Wilmington, DE 19801-5014 |
| 13990005 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 19 2022 00:22:07 | Best Buy/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 13990006 | ^ | MEBN | Nov 19 2022 00:10:34 | Best Egg, 4315 Pickett Rd, Saint Joseph, MO 64503-1600 |
| 14048763 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 19 2022 00:22:13 | CAPITAL ONE BANK (USA), N.A. - CABELA'S CLUB VISA, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 13990010 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 19 2022 00:22:24 | CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 13990008 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 19 2022 00:22:06 | Cabelas, PO Box 82608, Lincoln, NE 68501-2608 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 13990009 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 19 2022 00:22:12 | Capital One Bank, 4851 Cox Rd, Glen Allen, VA 23060-6293 |
| 14024935 | | Email/PDF: bncnotices@becket-lee.com | Nov 19 2022 00:22:22 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 13990011 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 19 2022 00:15:00 | Comenity Bank/Bon Ton, PO Box 182789, Columbus, OH 43218-2789 |
| 13990012 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 19 2022 00:15:00 | Comenity Capital Bank/boscovs, PO Box 182120, Columbus, OH 43218-2120 |
| 13990013 | | Email/Text: mrdiscen@discover.com | Nov 19 2022 00:15:00 | Discover Bank, 6500 New Albany Rd E, New Albany, OH 43054-8730 |
| 13994645 | | Email/Text: mrdiscen@discover.com | Nov 19 2022 00:15:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany Ohio 43054-3025 |
| 13992085 | | Email/Text: EBNBKNOT@ford.com | Nov 19 2022 00:16:00 | Ford Motor Credit Company LLC, PO BOX 62180, Colorado Springs, CO 80962-4400 |
| 13990015 | | Email/Text: EBNBKNOT@ford.com | Nov 19 2022 00:16:00 | Ford Motor Credit, PO Box 54200 Box 54200, Omaha, NE 68154-8000 |
| 13990016 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 19 2022 00:22:15 | Goodyear/Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14096569 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 19 2022 00:15:00 | Internal Revenue Service, P O BOX 7346, Philadelphia PA 19101-7346 |
| 13990017 | | Email/PDF: gecsedi@recoverycorp.com | Nov 19 2022 00:22:07 | JC Penney, Box960090, Orlando, FL 32896-0090 |
| 14039167 | | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 19 2022 00:16:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 13990018 | + | Email/Text: BKRMailOPS@weltman.com | Nov 19 2022 00:15:00 | Kay Jewelers, 375 Ghent Rd, Fairlawn, OH 44333-4600 |
| 13990019 | | Email/Text: PBNCNotifications@peritusservices.com | Nov 19 2022 00:15:00 | Kohls/Capital One, PO Box 3115, Milwaukee, WI 53201-3115 |
| 14060520 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 19 2022 00:22:07 | LVNV Funding, LLC its successors and assigns as, assignee of Marlette Funding Grantor, Trust 2017-1, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14017512 | + | Email/Text: camanagement@mtb.com | Nov 19 2022 00:15:00 | M&T Bank, PO Box 1508, Buffalo, New York 14240-1508 |
| 14061234 | + | Email/Text: blegal@phfa.org | Nov 19 2022 00:15:00 | PENNSYLVANIA HOUSING FINANCE AGENCY, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14723462 | ^ | MEBN | Nov 19 2022 00:10:38 | PENNSYLVANIA HOUSING FINANCE AGENCY, C/O KML Law Group PC, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 13990022 | + | Email/Text: blegal@phfa.org | Nov 19 2022 00:15:00 | PHFA, 211 N Front St, Harrisburg, PA 17101-1466 |
| 14031593 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 19 2022 00:22:22 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14061976 | ^ | MEBN | Nov 19 2022 00:10:39 | Pennsylvania Housing Finance Agency, c/o KML LAW GROUP, P.C., 701 Market St. Suite 5000, Philadelphia, PA 19106-1541 |
| 14056634 | | Email/Text: bnc-quantum@quantum3group.com | Nov 19 2022 00:15:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 13990023 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 19 2022 00:22:07 | Sears/CBNA, 133200 Smith Rd, Cleveland, OH 44130 |
| 13990024 | | Email/PDF: gecsedi@recoverycorp.com | Nov 19 2022 00:22:06 | Syncb/Amazon, Box 965015, Orlando, FL |

| District/off: 0313-4 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Nov 18, 2022 | Form ID: 138OBJ | Total Noticed: 57 |

| | | | | |
|---|---|---|---|---|
| 13990025 | | Email/PDF: gecsedi@recoverycorp.com | | 32896-5015 |
| | | | Nov 19 2022 00:22:13 | Syncb/Care Credit, Box 965036, Orlando, FL 32896-5036 |
| 13990026 | | Email/PDF: gecsedi@recoverycorp.com | Nov 19 2022 00:22:06 | Syncb/Dicks, Box 965005, Orlando, FL 32896-5005 |
| 13990027 | | Email/PDF: gecsedi@recoverycorp.com | Nov 19 2022 00:22:06 | Syncb/Lowes, Box 965005, Orlando, FL 32896-5005 |
| 13990028 | | Email/PDF: gecsedi@recoverycorp.com | Nov 19 2022 00:22:06 | Syncb/Sams Club, Box 965005, Orlando, FL 32896-5005 |
| 13990029 | | Email/PDF: gecsedi@recoverycorp.com | Nov 19 2022 00:22:22 | Syncb/Synchrony Bank, Box 965005, Orlando, FL 32896-5005 |
| 13990030 | | Email/PDF: gecsedi@recoverycorp.com | Nov 19 2022 00:22:22 | Syncb/Tjx, PO Box 965015, Orlando, FL 32896-5015 |
| 13990031 | | Email/PDF: gecsedi@recoverycorp.com | Nov 19 2022 00:22:06 | Syncb/Toysrus, Box 965001, Orlando, FL 32896-5001 |
| 13992315 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 19 2022 00:22:06 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14061461 | + | Email/Text: bncmail@w-legal.com | Nov 19 2022 00:15:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 13990032 | + | Email/Text: bncmail@w-legal.com | Nov 19 2022 00:15:00 | TD Bank USA/Target Credit, 3701 Wayzata Blvd, Minneapolis, MN 55416-3440 |
| 14023206 | + | Email/Text: tdebn@credbankserv.com | Nov 19 2022 00:15:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 13990033 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 19 2022 00:22:07 | THD, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14031789 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 19 2022 00:22:06 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| 13990034 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 19 2022 00:22:22 | WFFNB/Raymour & Flanigan, 800 Walnut St, Des Moines, IA 50309-3605 |

TOTAL: 51

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 20, 2022            Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Pennsylvania Housing Finance Agency bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| DAVID ALEXANDER BARNES | on behalf of American Heritage Federal Credit Union alexander.barnes@obermayer.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com |
| DOUGLAS J. SMILLIE | on behalf of Creditor Manufacturers & Traders Trust Company dsmillie@flblaw.com  ccharlton@flblaw.com |
| DOUGLAS J. SMILLIE | on behalf of Creditor M&T Bank dsmillie@flblaw.com  ccharlton@flblaw.com |
| KEVIN G. MCDONALD | on behalf of Creditor Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com |
| LEON P. HALLER | on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com  dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com |
| LYNN E. FELDMAN | on behalf of Debtor Todd Allen Willman feldmanfiling@rcn.com |
| LYNN E. FELDMAN | on behalf of Joint Debtor Wendy Sue Willman feldmanfiling@rcn.com |
| ROLANDO RAMOS-CARDONA | on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 12

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Todd Allen Willman and Wendy Sue Willman

        Debtor(s)

Case No: 17−16590−pmm

Chapter: 13

_____

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

    United States Bankruptcy Court
    Office of the Clerk, Gateway Building
    201 Penn Street, 1st Floor
    Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 11/18/22