United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                              Case No. 17-16590-pmm

Todd Allen Willman                                                                  Chapter 13

Wendy Sue Willman

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4                          User: admin                                   Page 1 of 3

Date Rcvd: Dec 09, 2022                       Form ID: 3180W                                 Total Noticed: 20

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 11, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Todd Allen Willman, Wendy Sue Willman, 2945 Westminster Rd, Bethlehem, PA 18017-3300 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Dec 10 2022 00:30:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Dec 10 2022 00:31:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14017851 | | Email/PDF: bncnotices@becket-lee.com | Dec 10 2022 00:36:02 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 13990000 | | Email/Text: broman@amhfcu.org | Dec 10 2022 00:31:00 | American Heritage FCU, Brian Romaniello, 2060 Red Lion Rd, Philadelphia, PA 19115-1603 |
| 13990003 | | Email/Text: bankruptcy@bbandt.com | Dec 10 2022 00:30:00 | BB&T, PO Box 1847, 100-50-01-51, Wilson, NC 27894-1847 |
| 14048763 | + | EDI: AIS.COM | Dec 10 2022 05:33:00 | CAPITAL ONE BANK (USA), N.A. - CABELA'S CLUB VISA, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14024935 | | Email/PDF: bncnotices@becket-lee.com | Dec 10 2022 00:36:05 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 13994645 | | EDI: DISCOVER.COM | Dec 10 2022 05:33:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany Ohio 43054-3025 |
| 13992085 | | Email/Text: EBNBKNOT@ford.com | Dec 10 2022 00:31:00 | Ford Motor Credit Company LLC, PO BOX 62180, Colorado Springs, CO 80962-4400 |
| 14096569 | + | EDI: IRS.COM | Dec 10 2022 05:33:00 | Internal Revenue Service, P O BOX 7346, Philadelphia PA 19101-7346 |
| 14039167 | | EDI: JEFFERSONCAP.COM | Dec 10 2022 05:33:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14060520 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 10 2022 00:36:02 | LVNV Funding, LLC its successors and assigns as, assignee of Marlette Funding Grantor, Trust 2017-1, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14017512 | + | Email/Text: camanagement@mtb.com | Dec 10 2022 00:30:00 | M&T Bank, PO Box 1508, Buffalo, New York 14240-1508 |
| 14061234 | + | Email/Text: blegal@phfa.org | Dec 10 2022 00:31:00 | PENNSYLVANIA HOUSING FINANCE AGENCY, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14031593 | | EDI: PRA.COM | | |

District/off: 0313-4 | User: admin | Page 2 of 3
Date Rcvd: Dec 09, 2022 | Form ID: 3180W | Total Noticed: 20

| | | | Dec 10 2022 05:33:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14056634 | | EDI: Q3G.COM | Dec 10 2022 05:33:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14061461 | + | Email/Text: bncmail@w-legal.com | Dec 10 2022 00:31:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14023206 | + | EDI: CBSTDR | Dec 10 2022 05:33:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14031789 | + | EDI: AIS.COM | Dec 10 2022 05:33:00 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |

TOTAL: 19

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 11, 2022          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 8, 2022 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Pennsylvania Housing Finance Agency bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| DAVID ALEXANDER BARNES | on behalf of American Heritage Federal Credit Union alexander.barnes@obermayer.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com |
| DOUGLAS J. SMILLIE | on behalf of Creditor Manufacturers & Traders Trust Company dsmillie@flblaw.com  ccharlton@flblaw.com |
| DOUGLAS J. SMILLIE | on behalf of Creditor M&T Bank dsmillie@flblaw.com  ccharlton@flblaw.com |
| KEVIN G. MCDONALD | on behalf of Creditor Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com |
| LEON P. HALLER | on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com |
| LYNN E. FELDMAN | on behalf of Debtor Todd Allen Willman feldmanfiling@rcn.com |

District/off: 0313-4            User: admin            Page 3 of 3

Date Rcvd: Dec 09, 2022            Form ID: 3180W            Total Noticed: 20

LYNN E. FELDMAN
           on behalf of Joint Debtor Wendy Sue Willman feldmanfiling@rcn.com

ROLANDO RAMOS-CARDONA
           on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com

SCOTT F. WATERMAN (Chapter 13)
           ECFMail@ReadingCh13.com

United States Trustee
           USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 12

```
┌─────────────────────────────────────────────────────────────────────────────────────────┐
│ Information to identify the case:                                                          │
│                                                                                            │
│ Debtor 1      Todd Allen Willman                 Social Security number or ITIN  xxx−xx−7339│
│                                                  EIN  _ _−_ _ _ _ _ _ _          │
│               First Name  Middle Name  Last Name                                           │
│                                                                                            │
│ Debtor 2      Wendy Sue Willman                  Social Security number or ITIN  xxx−xx−7610│
│ (Spouse, if filing)                              EIN  _ _−_ _ _ _ _ _ _          │
│               First Name  Middle Name  Last Name                                           │
│                                                                                            │
│ United States Bankruptcy Court   Eastern District of Pennsylvania                          │
│                                                                                            │
│ Case number:   17−16590−pmm                                                                │
└─────────────────────────────────────────────────────────────────────────────────────────┘
```

## Order of Discharge                                                                    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Todd Allen Willman                        Wendy Sue Willman


__12/8/22__                               **By the court:** __Patricia M. Mayer__
                                                          United States Bankruptcy Judge


### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                        **Chapter 13 Discharge**                        page 1

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**