Fill in this information to identify the case:

Debtor 1: Todd Allen Willman

Debtor 2 (Spouse, if filing): Wendy Sue Willman

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number: 17-16590-pmm

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Pennsylvania Housing Finance Agency

**Court claim no.** (if known): 38

**Last 4 digits** of any number you use to identify the debtor's account: 1 1 4 2

**Date of payment change:** 12/01/2020
Must be at least 21 days after date of this notice

**New total payment:** $ 1,372.95
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?
   - ☐ No
   - ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 606.23    New escrow payment: $ 601.18

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?
   - ☑ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%    New interest rate: _____%

   Current principal and interest payment: $ _____    New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?
   - ☑ No
   - ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)

   Reason for change: _____

   Current mortgage payment: $ _____    New mortgage payment: $ _____

Debtor 1  **Todd Allen Willman**
         First Name   Middle Name   Last Name

Case number *(if known)* **17-16590-pmm**

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

✘ **/s/ Leon P. Haller**
Signature

Date **10/21/2020**

Print:   **Leon P. Haller**
         First Name   Middle Name   Last Name

Title **Bankruptcy Attorney**

Company **Purcell, Krug & Haller**

Address **1719 North Front Street**
         Number        Street

**Harrisburg**     **PA**    **17102**
City              State    ZIP Code

Contact phone **717-234-4178**

Email **lhaller@pkh.com**

Official Form 410S1                 Notice of Mortgage Payment Change                 page 2